# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Marcia Randazzo : | Case No.: 14-19851AMC |
| : | |
|    Debtor : | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Incur New Debt and Notice of Motion was served by electronic delivery or overnight US Mail to the Debtor, the United States Trustee, the Trustee, all secured, priority and affected parties per the address provided on their Proof of Claims and on the following parties:

**William C. Miller, Esq.**
Standing Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pa 19105

**United States Trustee**
200 Chestnut Street, Suite 502
Philadelphia, Pa 19106

**Carol Fahy, Buyers Agent**
(CarolFahy@remax.net)
RE/MAX Premier Properties
1861-1863 Pulaski Highway
Bear, DE 19701

**Wayne Moses, President**
(via facsimile 302-892-2606)
Pike Creek Mortgage Services, Inc.
2100 Drummond Plaza
Newark, DE 19711

**BMW Bank of America**
(ecfnotices@ascensioncapitalgroup.com)
PO Box 201347
Arlington, TX 76006

Dated: April 6, 2020

/s/ Brad J. Sadek, Esq
Brad J. Sadek, Esq., Attorney for Debtor
Sadek and Cooper Law Offices
1315 Walnut Street, Suite #502

Philadelphia, PA 19107