UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
|    Marcia Randazzo | : | Case No.: 14-19851AMC |
| | : | |
|    Debtor (s) | : | Chapter 13 |

# **O R D E R**

**AND NOW,** this _____ day of _____, 2020, upon consideration of the Motion to Incur New Debt filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to incur new debt to finance the purchase of the real property located at 44 W 4th Street, New Castle, Delaware 19720.

Date:  **April 22, 2020**

                                                    Hon. Ashely M. Chan